FILED

DEC 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ANGEL RENE GUZMAN-CERNA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-73034

Agency No. A200-108-520

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2010 [**]
San Francisco, California

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Angel Rene Guzman-Cerna, a native and citizen of El Salvador, petitions

pro se for review of the decision of the Board of Immigration Appeals which

dismissed his appeal from the immigration judge's denial of his application for

asylum, withholding of removal, and relief under the Convention Against Torture.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We reject Guzman-Cerna's claim that he is eligible for asylum and withholding of removal based on his membership in a social group consisting of young males who resist gang recruitment. *See Barrios v. Holder,* 581 F.3d 849, 854 (9th Cir. 2009) ("resistance to gang membership is not a protected ground"); *Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-46 (9th Cir. 2008) (rejecting as a social group "young men in El Salvador resisting gang violence"). We also reject Guzman-Cerna's contention that he is eligible for asylum and withholding of removal based upon his membership in a social group consisting of witnesses of violent gang activity. *See Velasco-Cervantes v. Holder*, 593 F.3d 975, 978 (9th Cir. 2010) (rejecting as a particular social group "former material witnesses for the United States government"); *see also Soriano v. Holder*, 569 F.3d 1162, 1166 (9th Cir. 2009) (rejecting a proposed social group of "government informants"). Because Guzman-Cerna failed to demonstrate that he was, or will be, persecuted on account of a protected ground, we deny the petition as to Guzman-Cerna's asylum and withholding claims. *See Barrios*, 581 F.3d at 856.

Substantial evidence supports the agency's denial of CAT relief because Guzman-Cerna failed to establish that it is more likely than not that he will be tortured at the acquiescence of the government if he returns to El Salvador. *See*

*Santos-Lemus*, 542 F.3d at 748.

**PETITION FOR REVIEW DENIED**.